UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:16-cv-14430-DLG

SANTIAGO ABREU,

    Plaintiff,

vs.

CHECKERS DRIVE IN RESTAURANTS, INC.,
d/b/a CHECKERS #6283,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, SANTIAGO ABREU ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, CHECKERS DRIVE-IN RESTAURANTS, INC., d/b/a CHECKERS #6283 ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

          BY: /s/ Jason S. Weiss
                Jason S. Weiss
                Jason@jswlawyer.com
                Florida Bar No. 356890
                **WEISS LAW GROUP, P.A.**
                5531 N. University Drive, Suite 103
                Coral Springs, FL 33067
                Tel: (954) 573-2800
                Fax: (954) 573-2798
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890