```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                  Case No. 16-14430-CIV-GRAHAM/LYNCH
```

SANTIAGO ABREU,

    Plaintiff

vs.

CHECKERS DRIVE IN RESTAURANTS, INC.,
d/b/a
CHECKERS #6283,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON A NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court upon Plaintiff Abreu's Notice of Pending Settlement [D.E. 7]. Based thereon

**THE PARTIES** are hereby notified that, within 30 days from the entry of this Order, the Parties must file a Stipulation of Dismissal, Settlement Agreement, or any other pertinent documents necessary to conclude this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall administratively **CLOSE** this matter. All other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2017.

                                          s/ Donald L. Graham
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE